IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fields, Kirby B

Printed: 03/10/09

Case Number: 07 B 01858
Judge: Hollis, Pamela S
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: April 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,865.00 |  |
| Secured: |  | 4,941.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,543.00 |
| Trustee Fee: |  | 380.95 |
| Other Funds: |  | 0.00 |
| Totals: | 6,865.00 | 6,865.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,193.00 | 1,193.00 |
| 2. | Robert J Semrad & Associates | Administrative | 350.00 | 350.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 18,642.00 | 4,941.05 |
| 5. | Lake Imaging LLC | Unsecured | 110.80 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 542.69 | 0.00 |
| 7. | Medical Specialists PC | Unsecured | 561.60 | 0.00 |
| 8. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
| 9. | Apria Healthcare | Unsecured |  | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Financial Services | Unsecured |  | No Claim Filed |
| 13. | St Margaret Mercy Hospital | Unsecured |  | No Claim Filed |
| 14. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 15. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Windy City Emergency Physicians | Unsecured |  | No Claim Filed |
| 18. | Pathology Assoc Of Chicago | Unsecured |  | No Claim Filed |
| 19. | Mutl H Clctn | Unsecured |  | No Claim Filed |
| 20. | SMH Electrocario Graphers | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,400.09 | $ 6,484.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fields, Kirby B

Printed: 03/10/09

Case Number: 07 B 01858
Judge: Hollis, Pamela S
Filed: 2/5/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 320.49 |
| 6.5% | 60.46 |
|  | $ 380.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*